June 17, 2015

Bruce Egrim Joseph #1411430
Neal unit GI-22B
9055 Spur 591
Amarillo, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

To: Clerk of Court
Court of Appeals

RE: Cause Nos. 05-DCR-43.408A
Case No. 01-14-00737-CR

Dear Sir/Madam:

I am writing to you Asking/Request. Would you please foreward Appellant (Bruce Egrim Joseph) records to the Court of Criminal Appeals of Texas. Appellant's Notice of Appeal, Motion for Rehearing and objection, Appellant's Further Motion for Rehearing, and Motion for En Banc Reconsideration", in which has been filed in the above-styled and numbered cause. and Reference, Case, Please response to me as soon as possible. Because Appellant Bruce E. Joseph has filed he's Petition for Discretionary Review on the 14th day of May 2014. He has not heard. from the Court of Appeals of Texas. Harris County Division. Please indicate the date, your office received this notice, and Contact me at the above listed Address herein and with the respect to the Court, that, the clerk's Record for the above styled cause that it has be filed with the Court of Criminal Appeals. Travis County, Texas. (Thank you for your time.) Have a bless day.

Respectfully Submitted

Bruce Egrim Joseph